UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF NEW JERSEY

| | | |
|---|---|---|
| DANIEL M. VAN PELT, | : | Civ. No. 11-6810 (JAP) |
| Petitioner | : | |
| v. | : | **ORDER** |
| UNITED STATES OF AMERICA | : | |
| Respondent. | : | |

Presently before the Court is *pro se* Petitioner's motion to vacate or set aside his sentence pursuant to 28 U.S.C. § 2255.  The Court having considered the parties' written submissions and having found, for the reasons stated in the Court's Opinion dated February 13, 2013, that Petitioner is not entitled to the relief he seeks,

IT IS on this 13th day of February, 2013,

ORDERED that Petitioner's motion to vacate, set aside, or correct his sentence pursuant to 28 U.S.C. § 2255 is DENIED.

Accordingly, this matter is CLOSED.

/s/ JOEL A. PISANO
United States District Judge